2008 11 47 FAX  2177328125        S&NDisplayFireworks                        ☐002/002

# ACORD₍ₜₘ₎ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
4/22/2008

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Phone: 440-248-4711   Fax: 440-248-5406 | |
| ...ton-Gallagher and Associates, Inc. | |
| ... SOM Center Rd. | |
| ...veland OH 44139 | |
| | **INSURERS AFFORDING COVERAGE** — NAIC# |
| INSURED | INSURER A: Lexington Insurance Co |
| S N Display Fireworks Inc. | INSURER B: Granite State Insurance Co |
| P.O. Box 823 | INSURER C: Arch Specialty Ins Co |
| ...coln IL 62656 | INSURER D: Travelers Indemnity Co — 25658 |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | 6990350 | 12/19/2007 | 12/19/2008 | EACH OCCURRENCE | $1,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | CLAIMS MADE  [X] OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | POLICY [X]  PROJECT  LOC | | | | | |
| | **AUTOMOBILE LIABILITY** | CA38937192 | 12/19/2007 | 12/19/2008 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| X | ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | | |
| X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| X | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN   EA ACC | $ |
| | | | | | AUTO ONLY    AGG | $ |
| | **EXCESS/UMBRELLA LIABILITY** | UPL001202502 | 12/19/2007 | 12/19/2008 | EACH OCCURRENCE | $5,000,000 |
| X | OCCUR   CLAIMS MADE | | | | AGGREGATE | $5,000,000 |
| | | | | | | $ |
| | DEDUCTIBLE | | | | | $ |
| X | RETENTION  $10,000 | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 1292C906 | 12/20/2007 | 12/20/2008 | [X] WC STATU-TORY LIMITS   OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $500,000 |
| | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
7/4/08 Location: On the corner of Levee Road and Capital Street on Levee Out Over The Mississippi River. Additional insd: New Madrid Chamber of Commerce 560 Mott St. P.O. Box 96 New Madrid, MO 63869, City Of New Madrid 560 Mott St., New Madrid MO 63869 & St. John's Levee District P.O. Box 40 New Madrid MO 63869

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of New Madrid<br>P.O. Box 96<br>New Madrid MO 63869 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |
| | [signature] |

ACORD 25 (2001/08)                                                            © ACORD CORPORATION 1988

JUL 28 2008 12:52                          2177328125                          PAGE.02

EXHIBIT D